UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PHYLLIS E. ALLEN,

       Plaintiff,

v.                                       Case No: 6:18-cv-2168-Orl-40DCI

GEOVERA SPECIALTY INSURANCE
COMPANY,

       Defendant.
_____/

## **ORDER**

This cause is before the Court on Defendant's Renewed Motion to Compel Appraisal, Stay Litigation Pending Completion of Appraisal, and Delineate and Itemize Appraisal Award (Doc. 31) filed on April 3, 2019. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 5, 2019 (Doc. 34), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Motion to Compel Appraisal, Stay Litigation Pending Completion of Appraisal, and Delineate and Itemize Appraisal Award (Doc. 31) is **GRANTED**.

3. The parties are **ORDERED** to expeditiously obtain an appraisal in the manner prescribed by the appraisal provision in the policy.

4. This action is **STAYED** pending completion of the appraisal process.

5. The parties are **ORDERED** to file a joint status report every 90 days advising the Court of the status of the appraisal process.

6. The parties are **ORDERED** upon completion of the appraisal process to file an appropriate notice with the Court.

**DONE AND ORDERED** in Orlando, Florida on May 6, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties